## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| LYNDSI KOSZO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:12-cv-00695-ERW |
| v. ) | |
| ) | |
| AMSHER COLLECTION SERVICES, INC.) | |
| ) | |
| ) | |
| Defendant. ) | |

## **NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, LYNDSI KOSZO, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: August 1, 2012       By: /s/ Adam Maxwell
                            Adam Maxwell
                            Bar No. 62103
                            KROHN & MOSS, LTD.
                            10 N. Dearborn St. 3rd Fl.
                            Chicago, IL 60602
                            (312) 578-9428.
                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


                                                s/ Adam Maxwell
                                                Adam Maxwell
                                                Attorney for Plaintiff