**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

LYNDSI KOSZO,                                  )
                                               )
            Plaintiff,                         )
                                               )        No.      4:12-cv-00695-ERW
      v.                                       )
                                               )
AMSHER COLLECTION SERVICES, INC.)
                                               )
                                               )
            Defendant.                         )

**NOTICE OF VOLUNTARY DISMISSAL**

LYNDSI KOSZO (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to

FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court

Order) voluntarily dismisses, with prejudice, AMSHER COLLECTION SERVICES, INC.

(Defendant), in this case.

Respectfully Submitted,

DATED:  September 19, 2012            By: /s/ Adam Maxwell
                                     Adam Maxwell
                                     Bar No.  62103MO
                                     KROHN & MOSS, LTD.
                                     10 N. Dearborn St. 3rd Fl.
                                     Chicago, IL 60602
                                     (312) 578-9428.
                                     Attorneys for Plaintiff

VOLUNTARY DISMISSAL

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2012, I electronically filed the foregoing Notice of

Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said

Notice was electronically submitted to all parties by the Court's CM/ECF system.


s/ Adam Maxwell_____
Adam Maxwell
Attorney for Plaintiff